for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals for leave to appeal to that court. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

LILLIAN GROSS, by ANNA ALTMAN, Her Guardian ad Litem, Respondent, v. MAX BAKST and Others, Defendants, Impleaded with CHARLES W. JENSEN, Appellant.— Motion for stay denied. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

In the Matter of the Appraisal, etc., of the Property of WILLIAM D. BURNHAM, Deceased. JOSEPH D. TOMLINSON and Others, Executors, etc., Appellants, v. STATE TAX COMMISSION, Respondent.— Order signed granting leave to appeal to the Court of Appeals, and questions certified. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

In the Matter of the Application of CLAUDE IGNATIUS FINNAN for Admission to the Bar. (From the State of Maryland.) — Application granted. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

In the Matter of the Application of HERMAN KEMNA for the Payment of the Award Made to Unknown Owner for the Taking of Damage Parcel No. 1 in a Certain Proceeding Entitled: In the Matter of EGBERT AVENUE, etc.— Motion to confirm report of referee granted. Present — Kelly, P. J., Manning, Kelby, Young and Knapper, JJ.

MARY E. KELLER, Appellant, v. WILLIAM H. KELLER, Respondent.— Motion to dismiss appeal denied, without costs. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

CARRIE M. MANHEIMER, Plaintiff, v. THOMAS F. ROCHFORD and Others, Defendants. PEPPARD REALTY COMPANY, INC., Appellant; A. GORDON MURRAY, Respondent.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the term beginning April thirtieth (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

JAMES J. O'BRIEN, Respondent, v. WALTER B. LASHAR, Appellant, Impleaded with PERCY P. ANDERSON, Defendant.— Motion to resettle order denied, without costs. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

JAMES J. O'BRIEN, Respondent, v. WALTER B. LASHAR, Appellant, Impleaded with ARTHUR M. MARSH and Others, Defendants.— Motion to resettle order denied, without costs. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

MARION L. ROBINSON, as Administratrix, etc., of GEORGE ROBINSON, Deceased, Appellant, v. ROBINS DRY DOCK AND REPAIR COMPANY and Another, Respondents.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

STATEN ISLAND SHIPBUILDING COMPANY, Appellant, v. J. & C. G. BOLINDERS MEKANISKA VERKSTADS AKTIEBOLAG, etc., Respondent.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the term beginning April thirtieth (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Manning, Kelby and Young, JJ.

I. NEWTON STREEP, Respondent, v. BENNETT GARAGE, INC., Appellant, Impleaded with Others, Defendants.— Motion for stay granted, without costs. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.